IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME CALHOUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-1228-WKW |
| | ) | (WO) |
| LEON FORNISS, Warden, Staton Correctional Facility, and STEVE MARSHALL,[1] The Attorney General of the State of Alabama, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 9, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED, and this action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 11th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Steve Marshall succeeded Luther Strange as Attorney General. Therefore, Steve Marshall is automatically substituted for Luther Strange as a Defendant by operation of Rule 25(d) of the Federal Rules of Civil Procedure.